# United States Court of Appeals
### For The District of Columbia Circuit

| | |
|---|---|
| **No. 07-5159** | **September Term 2007** |
| | 07cv00772 |

**Filed On:** July 11, 2008

Christopher Johnson,

    Appellant

v.

Gail Johnson, Deputy Supreme Court Clerk,

    Appellee

**BEFORE:** Sentelle, Chief Judge, and Randolph and Kavanaugh, Circuit Judges

## ORDER

The court concludes, on its own motion, that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentation in appellant's brief. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

**Per Curiam**